# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY WILLIAMS

NO. 2024 KW 0336

**JUNE 17, 2024**

---

In Re:    Larry Williams, applying for supervisory writs, 18th
          Judicial District Court, Parish of Pointe Coupee, No.
          41,622.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.**

                              JMG
                              PMc
                              JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT